```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 02457
    RICKEY TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3637

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/26/2005 and was confirmed 04/04/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 08/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
NATIONWIDE CASSEL          SECURED         4000.00         210.63        4000.00
INTERNAL REVENUE SERVICE   PRIORITY         580.16            .00         580.16
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00            .00
IRS TAX DIVISION           NOTICE ONLY   NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY   NOT FILED           .00            .00
US ATTORNEYS OFFICE        NOTICE ONLY   NOT FILED           .00            .00
ASSOCIATED RECOVERY SYST   UNSECURED     NOT FILED           .00            .00
CALVIN MEINEKE             UNSECURED     NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED     NOT FILED           .00            .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY   NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       1150.00            .00         1150.00
CREDIT PROTECTION ASSOC    UNSECURED     NOT FILED           .00            .00
EMERGENCY & AMBULATORY     UNSECURED     NOT FILED           .00            .00
FIRST NATIONAL BANK OF O   UNSECURED     NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED        730.56            .00          730.56
GRANT MERCAN               UNSECURED     NOT FILED           .00            .00
NATIONWIDE CASSEL          UNSECURED        300.42            .00          300.42
ECMC                       UNSECURED       1175.16            .00         1175.16
NCO FINANCIAL SYSTEMS IN   UNSECURED     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED           .00            .00
RICKENBACKER               UNSECURED     NOT FILED           .00            .00
ROSELLE AMBULANCE          UNSECURED     NOT FILED           .00            .00
VAN RU CREDIT              UNSECURED     NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        654.56            .00          654.56
WILBER LAW FIRM            FILED LATE      2200.61            .00            .00
STATE FARM INSURANCE       UNSECURED       2200.61            .00         2200.61
LIGHTHOUSE FINANCIAL       NOTICE ONLY   NOT FILED           .00            .00
TIMOTHY K LIOU             DEBTOR ATTY    2,499.20                       2,499.20
TOM VAUGHN                 TRUSTEE                                         846.62
DEBTOR REFUND              REFUND                                          307.23


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 02457 RICKEY TAYLOR
```

Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   14,655.15

PRIORITY                                              580.16
SECURED                                             4,000.00
    INTEREST                                          210.63
UNSECURED                                           6,211.31
ADMINISTRATIVE                                      2,499.20
TRUSTEE COMPENSATION                                  846.62
DEBTOR REFUND                                         307.23
                        ---------------      ---------------
TOTALS                    14,655.15               14,655.15

　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 11/20/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE